# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BRIAN DOWLING, | : | No. 706 MAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA PSYCHIATRIC | : | |
| INSTITUTE, MICHAEL J. FELICE, AND | : | |
| WANDA GEESEY, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.